**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Oregon

Case number (If known): 25-60335-dwh11      Chapter 11

☑ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 1800 Cordon Road LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 87-1808809 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 925 Commercial St SE<br>Number   Street | PO Box 2087<br>Number   Street |
| | P.O. Box |
| Salem    OR   97302<br>City       State   ZIP Code | Salem    OR   97308<br>City       State   ZIP Code |
| Marion County<br>County | **Location of principal assets, if different from principal place of business**<br>1800 Cordon Road<br>Number   Street |
| | Salem    OR   97308<br>City       State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  1800 Cordon Road LLC
       Name

Case number (if known) 25-60335-dwh11

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

**B. Check all that apply:**
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
2372

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor 1700 Edgewater LLC  Relationship In rem co-debtor
  District District of Oregon  When 09/30/2024
  Case number, if known 24-bk-62194-dwh11

Debtor  1800 Cordon Road LLC    Case number (if known) 25-60335-dwh11
        Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **1800 Cordon Road LLC**
Name

Case number (if known) **25-60335-dwh11**

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/12/2025**
MM / DD / YYYY

✗ **/s/ Charles A. Sides**
Signature of authorized representative of debtor

**Charles A. Sides**
Printed name

Title **Managing Member**

**18. Signature of attorney**

✗ **/s/ Joseph Field**
Signature of attorney for debtor

Date **02/11/2025**
MM / DD / YYYY

**Joseph Field**
Printed name

**FIELD JERGER LLC**
Firm name

**PO Box 13326**
Number    Street

**Portland**
City

**OR**
State

**97213**
ZIP Code

**5032289115**
Contact phone

**joe@fieldjerger.com**
Email address

**940710**
Bar number

**OR**
State

|   |   |
|---|---|
| 1 | Joseph A. Field, OSB # 940710 |
| 2 | Field Jerger LLC |
|   | PO Box 13326 |
| 3 | Portland, OR 97213 |
| 4 | Tel. (503) 515 - 3310 |
|   | Email: joe@fieldjerger.com |
| 5 | Attorney for the Debtors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

1800 CORDON ROAD LLC

      Debtor.

Case No.: 25-60335-dwh11

CERTIFICATE OF SERVICE

    I certify that on February 12, 2025, I caused the following submissions to be served on the following parties via ECF filing or First Class US Mail as set out below:

1) Amended Petition

2) Summary of Assets with missing schedules A & B, statement of financial affairs, declarations page and list of equity holders.

3) Form 728 and missing schedules D, E, F, G & H

4) Application for Employment of Field Jerger, LLC as debtor's counsel.

5) Notice of Creditor's Meeting

6) Corporate Ownership Statement

<u>VIA ECF FILING:</u>

1) Nicholas J Henderson on behalf of Interested Party   1700 Edgewater LLC

nick@elevatelawpdx.com,  monica@elevatelawpdx.com; troy@elevatelawpdx.com; courtnotices@elevatelawpdx.com;hendersonnr86571@notify.bestcase.com

///

2) Darien S Loiselle on behalf of Creditor   AMR Investment Group, LLC

dloiselle@sokol-larkin.com,  dwright@sokol-larkin.com

3) US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov

<u>VIA US MAIL</u>

AMR Investment Group, L.L.C.
1200 Executive Parkway, Suite 245
Eugene, OR 97440

James A. Gardner, Esq.
Gardner Beckley Meadows
975 Oak Street, Suite 625
Eugene, OR 97401

Jamestown Construction
666 McVey Ave.
Lake Oswego, OR 97034

Marion County Tax Assessor
555 Court St NE #2233
Salem, OR 97301

Rick Bush
3928 Homestead Road South
Salem, OR 97302

Dated: February 12, 2025

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel. (503) 515 - 3310
Email: joe@fieldjerger.com
Attorney for the Debtors