Joseph A. Field, OSB # 940710
Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel. (503) 515 - 3310
Email: joe@fieldjerger.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>1800 CORDON ROAD LLC<br><br>Debtor. | Case No.: 25-60335-dwh11<br><br>CERTIFICATE OF SERVICE RE: EMPLOYMENT APPLICATION FOR FIELD JERGER AS DEBTOR'S BANKRUPTCY COUNSEL<br><br>(Relates to ECF 17, 24 & 32) |
|---|---|

I hereby certify that on:

1) February 12, 2025, I served the Debtor's Notice of Application and Application to Employ Field Jerger LLC as Debtor's Bankruptcy Counsel (ECF) 17, and;
2) February 14, 2025, I served Supplement to Debtor's Notice of Application and Application to Employ Field Jerger LLC as Debtor's Bankruptcy Counsel (ECF 24), and;
3) February 28, 2025, I served the Amended Notice of Application and Application to Employ Field Jerger LLC as Debtor's Bankruptcy Counsel (ECF 32),

I served the aforementioned employment application and amendments on all parties of record who registered for service on the Court's CM/ECF electronic filing system.

Dated: March 14, 2025

Respectfully submitted by:

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
Field Jerger LLC

PO Box 13326
Portland, OR 97213
Tel. (503) 515 - 3310
Email: joe@fieldjerger.com
Attorney for the Debtors

Page 2 of 2

Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel: (503) 515 3310