UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

**1800 Cordon Road LLC**

Debtor

Case No. __**25-60335-DWH11**__

☒ Amended

**NOTICE OF DEBTOR'S AMENDMENT OF MAILING LIST OR SCHEDULES D, E/F, G, OR H**

**Notice**

The debtor has filed the attached amended mailing list or schedules.

If you are being added as a creditor to the mailing list or schedules and the deadlines to file a proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 have passed, a discharge granted to the debtor may not discharge the debt owed to you.

If you are a creditor being deleted from the mailing list or schedules—

- You may not receive any further notices, and

- If this is a chapter 9 or 11 case, a proof of claim must be filed by the later of (a) 30 days from the service date of this notice or (b) the latest time fixed by the court.

You should contact your attorney with any questions.

**Filing Instructions for Debtor**

1. File this form to—

    - add or delete creditors from the mailing list or Schedules D, E/F, G, or H;

    - add addresses for creditors that were missing from the mailing list or Schedules D, E/F, G, or H filed with the petition; or

    - change the amount or classification of a debt listed on Schedules D or E/F.

    Payment of an amendment filing fee is required.

2. Adding or deleting creditors:

    - If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format required by Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes with "Add" or "Delete."

- If e-filing via ECF, enter the names and addresses of creditors being added or deleted, and use the appropriate ECF event to amend schedules or mailing lists. But, if more than two are being deleted, include a creditor mailing list with only the deleted creditors listed in the format required by LBF 104 rather than entering the deleted creditors' names in the event.

3. If amending Schedules D, E/F, G, or H, label amended schedules as "Supplemental," include only the new information, and file them with this notice.

4. Amending Schedules D or E/F:

    - Individual debtors must file the amended schedules with OF 106Sum.

    - Other debtors must file the amended schedules with OF 206Sum.

5. If the case is closed, file a separate motion to reopen with the applicable filing fee.

6. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

**Service Instructions for Debtor**

7. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

    A. The notice of meeting of creditors (also called notice of bankruptcy case) that includes all 9 digits of any social security number (SSN) or individual taxpayer identification number (ITIN).

    B. Each applicable amended schedule.

    C. If this is a chapter 7 case, any order fixing time for filing a proof of claim.

    D. If this is a chapter 9, 11, 12, or 13 case—

        - If the plan has not yet been confirmed, the notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

        - If the plan has been confirmed, the most recent confirmation order and the most recent confirmed plan.

    E. If this is a chapter 11, 12, or 13 case: any notice of modification of plan including attachments if the deadline for objection has not passed.

    F. If this is a chapter 9 or 11 case—

- The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders and

- The notice of any pending hearing on a disclosure statement, with attachments.

8. When deleting creditors, changing a creditor status (for example, undisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice and the applicable amended schedules.

**Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that all applicable requirements above have been completed and the attachments are true and correct or were individually verified by the debtor.

**03/18/2025**
Date

**/s/ Joseph A. Field**
Signature

**Joseph A. Field, OSB 940710  Tel. 503 515 3310** Type or Print
Signer's Name and Phone No.

**c.o./ Chuck Sides, 925 Commercial St SE Ste 302, Salem OR 97302**

**8809** Debtor's Address & Taxpayer ID#s (last 4 digits)

**Fill in this information to identify the case:**

Debtor name: 1800 Cordon Road LLC

United States Bankruptcy Court for the: District of Oregon

Case number (If known): 25-60335-dwh11

☒ Check if this is an amended filing

Official Form 206H

# Supplemental Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Charles A. Sides | 925 Commercial St SE<br>PO Box 2087<br>Salem, OR 97302 | AMR Investment Group, L.L.C. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H      Schedule H: Codebtors      page 1 of 1

Joseph A. Field, OSB # 940710
Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel. (503) 515 - 3310
Email: joe@fieldjerger.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No.: 25-60335-dwh11 |
| 1800 CORDON ROAD LLC | CERTIFICATE OF SERVICE |
| Debtor. | |

  I certify that on March 18, 2025, I caused the following submissions to be served on the following parties via ECF filing as set out below:

 1) Supplemental Amended Schedule H

 2) LBF Form 728

 1) Nicholas J Henderson on behalf of Interested Party 1700 Edgewater LLC

nick@elevatelawpdx.com, monica@elevatelawpdx.com; troy@elevatelawpdx.com; courtnotices@elevatelawpdx.com;hendersonnr86571@notify.bestcase.com

 2) Darien S Loiselle on behalf of Creditor AMR Investment Group, LLC

dloiselle@sokol-larkin.com, dwright@sokol-larkin.com

 3) US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov

Dated: March 18, 2025

                /s/ Joseph A. Field
                Joseph A. Field, OSB # 940710
                Field Jerger LLC

PO Box 13326
Portland, OR 97213
Tel. (503) 515 - 3310
Email: joe@fieldjerger.com
Attorney for the Debtors